IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KINGMAN HOLDINGS, LLC, AS TRUSTEE, OF THE TWIN CREEEK DRIVE 707 LAND TRUST<br>    *Plaintiff,*<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC<br>    *Defendant* | § § § § § § § § § § § | CIVIL ACTION NO. 4:22-cv-00033 |

## NOTICE OF DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant, Specialized Loan Servicing, LLC, provides notice, in accordance with Local Rule CV-26(c), that it made the disclosures required by Federal Rule of Civil Procedure 26(a)(1) and (a)(2) on April 19, 2022. Further, Specialized Loan Servicing, LLC acknowledges receipt of Plaintiff's required disclosures under Rule 26 on April 18, 2022.

Respectfully submitted,

HUGHES WATTERS ASKANASE, LLP

By: _____
Damian W. Abreo
Texas Bar No. 24006728
Total Plaza
1201 Louisiana Street, 28th Floor
Houston, Texas 77002
(713) 759-0818 (Telephone)
(713) 759-6834 (Facsimile)
dabreo@hwa.com (E-mail)

**ATTORNEYS FOR DEENDANT,
SPECIALIZED LOAN SERVICING, LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was forwarded to all parties and/or their attorneys of record, in accordance with the Federal Rules of Civil Procedure, on this the 19th day of April, 2022, addressed as follows:

***Via Efile and Email:*** **ken@kenharter.com**
Kenneth S. Harter
5080 Spectrum Dr. Suite 1000-E
Addison, Texas 75001

*/s/ Damian W. Abreo*
Damian W. Abreo