# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| KINGMAN HOLDINGS, LLC, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:22-CV-00033-SDJ-CAN |
| v. | § | |
| | § | |
| SPECIALIZED LOAN SERVICING, LLC | § | |
| | § | |
| Defendant. | § | |

## ORDER

On March 17, 2022, the Court entered an Order Governing Proceedings directing the Parties to file their Rule 26(f) conference report on or before April 22, 2022 [Dkt. 4]. The Parties late filed their Joint Report on April 28, 2022 [Dkt. 6]. The Report is incomplete and fails to address certain items delineated in the Order Governing Proceedings [Dkt. 4 at 2-3]. The Parties are directed to file an amended Joint Report, complying with the Order Governing Proceedings [Dkt. 4], no later than Friday, May 20, 2022, at 5:00 p.m. Accordingly,

It is therefore **ORDERED** that the Parties shall file an amended Joint Report no later than *Friday, May 20, 2022, at 5:00 p.m.*

**IT IS SO ORDERED**.

SIGNED this 12th day of May, 2022.

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE