IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KINGMAN HOLDINGS, LLC, AS TRUSTEE, OF THE TWIN CREEEK DRIVE 707 LAND TRUST<br>    *Plaintiff,*<br><br>v.<br><br>SPECIALIZED LOAN SERVICING, LLC<br>    *Defendant* | §§§§§§§§§§ | CIVIL ACTION NO. 4:22-cv-00033 |

## STIPULATION OF DISMISSAL

Come now Kingman Holdings, LLC as Trustee, Plaintiff, and Specialized Loan Servicing, LLC, Defendant, and file this Stipulation of Dismissal with Prejudice.

The parties would show that the parties have resolved controversies and that the case can be dismissed with prejudice.

    Respectfully submitted,

    **HUGHES WATTERS ASKANASE, LLP**

    By: /s/ Damian W. Abreo
        Damian W. Abreo
        State Bar No. 24006728
        dabreo@hwa.com (E-mail)
        Total Plaza
        1201 Louisiana Street, 28th Floor
        Houston, Texas 77002
        (713) 759-0818 (Telephone)
        (713) 759-6834 (Facsimile)

    **ATTORNEY FOR DEFENDANT,**
    **SPECIALIZED LOAN SERVICING, LLC**

**LAW OFFICES OF KENNETH S. HARTER**

By: /s/ Kenneth S. Harter
    Kenneth S. Harter
    State Bar No. 09155300
    ken@kenharter.com (E-mail)
    5080 Spectrum Dr., Suite 1000-E
    Addison, Texas 75001
    (972) 752-1928 (Telephone)
    (214) 206-1491 (Facsimile)

**ATTORNEY FOR PLAINTIFF,
INGMAN HOLDINGS, LLC**